| | |
|---|---|
| 1 | STACEY L. MALCOLM, #192173 |
| | **VITALE & BURNS** |
| 2 | 5260 North Palm Avenue, Suite 300 |
| | Fresno, California 93704 |
| 3 | Tel : 559/ 451-2600 |
| | Fax: 559/ 451-2626 |
| 4 | |
| 5 | Counsel for ROSS F. CARROLL, INC. |



FILED

MAY 2 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| PAUL and THELMA RENSBERGER,, | Case No. 06CV00372-OWW-LJO |
| Plaintiffs, | STIPULATION AND ORDER TO MOVE THE SCHEDULING CONFERENCE |
| vs. | |
| THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, ROSS F. CARROLL, INC., a California corporation, and K.W. EMERSON, INC., et al., | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the scheduling conference currently scheduled before Judge Wanger be continued. The current date of June 8, 2006, is at a time when counsel for Ross. F. Carroll, Inc., will be out of the Country, as previously advised to all counsel and the court in a notice of unavailability. Further, two of the named defendants in this action, THE UNITED STATES OF AMERICA, and   THE UNITED STATES OF AMERICA'S FOREST SERVICE, have not yet appeared. Nor, will it be likely that these two parties have appeared in the action at the time of the currently scheduled scheduling conference.

Furthermore, as counsel for plaintiffs has advised he will be unavailable from July 14, 2006 through August 7, 2006. The parties respectfully request that the Scheduling Conference on June 8, 2006, be moved to a date that is mutually convenient to the court and the parties. The last date the scheduling conference can be held pursuant to Rule 16, F.R.Civ.P., would be August 10, 2006.

VITALE & BURNS

DATED: May 12, 2006
/s/ Stacey L. Malcolm
STACEY L. MALCOLM
Counsel for ROSS F. CARROLL, INC.

DESMOND, NOLAN, ET AL

DATED: May 18, 2006
/s/ William C. Livaich
WILLIAM C. LIVAICH
Counsel for PLAINTIFFS

MCCORMICK, BARSTOW, ET AL

DATED: 5/12/06
/s/ Daniel P. Lyons
DANIEL P. LYONS
Counsel for K.W. EMERSON

**ORDER**

The scheduling conference is continued to August 9, 2006 at 8:45 a.m.

DATED: 5-19-06
JUDGE OF THE UNITED STATES
DISTRICT COURT EASTERN
DISTRICT / FRESNO DIVISION