McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL and THELMA RENSBERGER, ) <br> ) <br>             Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> THE UNITED STATES OF ) <br> AMERICA'S FOREST SERVICE, ) <br> ROSS F. CAROLL, INC., and ) <br> K. W. EMERSON, INC., et al., ) <br> ) <br>             Defendants. ) <br> ) | 1:06-cv-00372-OWW-LJO <br><br> **STIPULATION REGARDING DEFENDANT UNITED STATES OF AMERICA'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER THEREON** |

    Plaintiffs Paul and Thelma Rensberger ("Plaintiffs") and Defendant United States of America ("United States"), by and through undersigned counsel, hereby stipulate to an additional 25 days, through and including August 18, 2006, for the United States to respond to the First Amended Complaint, filed June 6, 2006 (Doc. 21), and respectfully request that the Court so approve.

    Good cause exists for this stipulation based on the following: The United States' response to the First Amended Complaint is currently due July 24, 2006. The two other

defendants have pending motions to dismiss/motion for a more definite statement pertaining to the First Amended Complaint (Docs. 26-28). By minute order dated July 13, 2006, the Court advised counsel to select one agreeable date to hear all motions (Doc. 29). Counsel selected September 18, 2006 for the hearing date. Therefore, Plaintiff and the United States stipulate to extend the United States' time to respond to the First Amended Complaint to August 18, 2006. Should the United States file a motion to dismiss, it will therefore be set for hearing with the other pending motions on September 18, 2006.[1]

                                            Respectfully submitted,

Dated: July 13, 2006.          DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____
WILLIAM C. LIVAICH
Attorneys for Plaintiffs
Paul and Thelma Rensberger

Dated: July 13, 2006.          McGREGOR W. SCOTT
United States Attorney

By: _____
KIMBERLY A. GAAB
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

---

[1] Nothing in this stipulation is intended to constitute a waiver of any defense that may be asserted by the United States. The United States specifically reserves all of its defenses and objections in this action, including without limitation its defenses and objections under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable laws and procedural rules.

ORDER

IT IS SO ORDERED that Defendant United States of America's time to respond to the First Amended Complaint is extended to August 18, 2006.

IT IS SO ORDERED.

**Dated:   July 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE