UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
PAUL D. RESENBERGER, et al.,    )
                                )    1:06-CV-0372 OWW LJO
                                )
              Plaintiff,        )    NEW CASE NUMBER:
                                )
     v.                         )    1:06-CV-0372 LJO
                                )
UNITED STATES OF AMERICA, et al.,)
                                )
                                )    ORDER REASSIGNING CASE
              Defendant.        )
                                )
                                )
```

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Oliver W. Wanger, to the docket of United States Magistrate Judge Lawrence J. O'Neill, for all purposes including and trial and entry of Judgment.

IT IS SO ORDERED.

**Dated:   September 12, 2006**               **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE