Sep-26-06  02:17pm  From-Desmond,Nolan,Livaich,Cunningham   916 443 2651   T-401  P.002/004  F-724
09-25-06   04:36pm  From-US ATTORNEY FRESNO CA              559 4874599    T-480  P.002/003  F-730
Sep-18-06  02:35pm  From-Desmond,Nolan,Livaich,Cunningham   916 443 2651   T-370  P.002/003  F-634

```
1  WILLIAM C. LIVAICH, SBN 66612                           FILED
   DESMOND, NOLAN, LIVAICH & CUNNINGHAM
2  15th & S Building                                       SEP 2 7 2006
   1830 15th Street
3  Sacramento, California 95814-6649                       CLERK, U.S. DISTRICT COURT
   Telephone:  (916) 443-2051                              EASTERN DISTRICT OF CALIFORNIA
4  Facsimile:  (916) 443-2651                              BY_____
                                                                   DEPUTY CLERK
5  Attorneys for Plaintiffs PAUL and THELMA RENSBERGER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL RENSBERGER and THELMA RENSBERGER, | NO. 1:06-cv-00372-████-LJO |
| Plaintiffs, | STIPULATION REGARDING FILING A SECOND AMENDED COMPLAINT; ORDER |
| v. | |
| THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, ROSS F. CAROLL, INC., a California corporation, and K. W. EMERSON, INC., et al., | |
| Defendants. | |

The parties, plaintiffs PAUL and THELMA RENSBERGER, defendant UNITED STATES OF AMERICA, defendant ROSS R. CARROLL, INC., and defendant K.W. EMERSON, INC., by and through their respective counsel, hereby stipulate to allow Plaintiffs to file a Second Amended Complaint in order to add STEVEN M. CARR as an additional plaintiff and Real Party in Interest. Mr. CARR is the Trustee in the bankruptcy action of Plaintiffs filed in the United States Bankruptcy Court for the Middle District of Pennsylvania, Case Number 1-05-06001. This stipulation is made pursuant to Federal Rules of Civil Procedure 15 and 17.

Good cause exists for the stipulation based upon the following: Plaintiffs have filed a Petition for Bankruptcy, which has resulted in STEVEN M. CARR being appointed as trustee. Because the federal tort action is the property of the bankruptcy estate acting by and through the trustee, the

- 1 -

Desmond, Nolan,
Livaich &
Cunningham
15th & S Building
1830 15th Street
Sacramento, CA
95814-6649
(916) 443-2051

Sep-26-06  02:17pm  From-Desmond,Nolan,Livaich,Cunningham  916 443 2651   T-401  P.003/004  F-724
09-25-06  04:36pm  From-US ATTORNEY FRESNO CA  559 4874599  T-480  P.003/003  F-735
Sep-19-06  02:36pm  From-Desmond,Nolan,Livaich,Cunningham  916 449 2681  T-970  P.003/003  F-634

1  trustee is the real party in interest. Finally, all adverse parties have consented to the filing of a
2  Second Amended Complaint which names the trustee as an additional plaintiff.
3  
    Respectfully submitted,
4  
    DESMOND, NOLAN, LIVAICH & CUNNINGHAM
5  
6  Dated: September 19, 2006         By: /s/ William C. Livaich
7                                         William C. Livaich
                                           Attorney for Plaintiffs PAUL & THELMA
8                                          RENSBERGER

9  Dated: September 25, 2006         McGREGOR W. SCOTT
                                      United States Attorney
10
11                                    By: /s/ Kimberly A. Gaab
                                           Kimberly A. Gaab
12                                         Assistant U.S. Attorney
                                           Attorneys for Defendant
13                                         UNITED STATES OF AMERICA

14 Dated: _____, 2006            McCORMICK, BARSTOW, SHEPPARD,
                                      WAYTE & CARRUTH LLP
15

16                                    By: _____
                                           Shane M. Cahill
17                                         Attorney for Defendants
                                           K.W. EMERSON, INC. and ROSS F.
18                                         CAROLL, INC.

19                                    ORDER

20        IT IS SO ORDERED that Plaintiffs PAUL and THELMA RENSBERGER may filed a
21 Second Amended Complaint herein.

22 Dated: _____, 2006            _____
                                      Magistrate Judge Lawrence J. O'Neill
23
24
25
26
27
28

Sep-26-06  02:17pm  From-Desmond,Nolan,Livaich,Cunningham          916 443 2651       T-401  P.004/004  F-724
09/22/06  16:21 FAX 559 433 2300    McCORMICK BARSTOW  916 443 2651

Sep-18-06  02:35pm  From-Desmond,Nolan,Livaich,Cunningham          916 443 2651       T-368  P.003/003  F-633

1 | trustee is the real party in interest. Finally, all adverse parties have consented to the filing of a
2 | Second Amended Complaint which names the trustee as an additional plaintiff.
3 |                                             Respectfully submitted,
4 |                                             DESMOND, NOLAN, LIVAICH & CUNNINGHAM
5 |
6 | Dated: SEPTEMBER 11, 2006           By: _____
7 |                                                 William C. Livaich
                                                Attorney for Plaintiffs PAUL & THELMA
8 |                                                 RENSBERGER
9 | Dated: _____, 2006                     McGREGOR W. SCOTT
                                                United States Attorney
10 |
11 |                                                 By: _____
12 |                                                 Kimberly A. Gaab
                                                Assistant U.S. Attorney
                                                Attorneys for Defendant
13 |                                                 UNITED STATES OF AMERICA
14 | Dated: 9/20, 2006                      McCORMICK, BARSTOW, SHEPPARD,
15 |                                                 WAYTE & CARRUTH LLP
16 |                                                 By: _____
17 |                                                 Shane M. Cahill
                                                Attorney for Defendants
                                                K.W. EMERSON, INC. and ROSS F.
18 |                                                 CAROLL, INC.
19 |                                                 **ORDER**
20 |       IT IS SO ORDERED that Plaintiffs PAUL and THELMA RENSBERGER may filed a
21 | Second Amended Complaint herein.
22 | Dated: Sept 27, 2006                _____
23 |                                                 Magistrate Judge Lawrence J. O'Neill
24 |
25 |
26 |
27 |
28 |