Gregory S. Mason, # 1489974
Shane M. Cahill, # 227972
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant
K.W. EMERSON, INC. and ROSS F. CAROLL, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

NOV 0 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

PAUL and THELMA RENSBERGER,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, ROSS F. CAROLL, INC., a California corporation, and K.W. EMERSON, INC., et al.,

Defendants.

Case No. 1:06-CV-00372-~~OWW~~-LJO

**STIPULATION AND ORDER REGARDING ANSWER TO SECOND AMENDED COMPLAINT AND DEFENDANTS' MOTION TO STRIKE/DISMISS**

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective counsel, that Defendants K.W. EMERSON, INC., and ROSS F. CAROLL, INC.'s Motion to Strike/Dismiss the Nuisance Cause of Action from Plaintiff's First Amended Complaint, filed and served on June 23, 2006, in response to Plaintiff's First Amended Complaint, be deemed filed and served in response to Plaintiffs' Second Amended Complaint, filed and served on September 29, 2006, and ruled upon by the Court in regards thereto, without the necessity of any further briefs from the parties or oral argument.

It is further stipulated and agreed that Defendants K.W. EMERSON, INC., and ROSS F.

960904.v1

1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East

STIPULATION REGARDING ANSWER TO SECOND AMENDED COMPLAINT AND
DEFENDANTS' MOTION TO STRIKE/DISMISS

1  CAROLL, INC., upon execution of this stipulation and order by the parties and Court, will
2  immediately file an Answer to Plaintiffs' Second Amended Complaint, in its entirety. Should the
3  Court order that any part or portion of Plaintiffs' Second Amended Complaint be dismissed or
4  stricken by virtue of Defendant K.W. EMERSON, INC., and ROSS F. CAROLL, INC.'s Motion
5  to Strike/Dismiss, any corresponding portion of Defendants' Answer shall also be deemed
6  stricken.

7  This stipulation may be executed in counterparts and by facsimile signature, each of
8  which, when executed, shall be an original and all of which together shall constitute one in the
9  same stipulation. This stipulation contains the entire agreement among the parties, the
10 undersigned hereby consent to the terms set forth in the foregoing stipulation.

12 Dated: November 1, 2006                McCORMICK, BARSTOW, SHEPPARD
                                          WAYTE & CARRUTH LLP

15                                        By:_____/s/ Shane M. Cahill_____
                                                Gregory S. Mason
                                                Shane M. Cahill
16                                              Attorneys for Defendant
                                                K.W. EMERSON, INC.

18 Dated: November 1, 2006                DESMOND, NOLAN LIVAICH &
                                          CUNNINGHAM

21                                        By:_____/s/ William C. Livaich_____
                                                William C. Livaich
                                                Attorneys for Plaintiff
22                                              PAUL & THELMA RENSBERGER

24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

960904.v1                                  2
STIPULATION REGARDING ANSWER TO SECOND AMENDED COMPLAINT AND
DEFENDANTS' MOTION TO STRIKE/DISMISS

| | | |
|---|---|---|
| 1 | Dated: November 1, 2006 | UNITED STATES ATTORNEY'S OFFICE |

By: __/s/ Kimberly A. Gaab__
Kimberly A. Gaab
Attorneys for Defendant
THE UNITED STATES OF AMERICA
and THE UNITED STATES OF
AMERICA's FOREST SERVICE

IT IS SO ORDERED.

Date: November __7__, 2006

_____
JUDGE LAWRENCE J. O'NEILL
U.S. Magistrate Judge

960904.v1     3

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

STIPULATION REGARDING ANSWER TO SECOND AMENDED COMPLAINT AND
DEFENDANTS' MOTION TO STRIKE/DISMISS