# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CARR, Trustee of the Bankruptcy Estate of PAUL and THELMA RENSBERGER,<br><br>                  Plaintiffs,<br>  vs.<br>THE UNITED STATES OF AMERICA, et. al,<br><br>                  Defendants.            / | CASE NO. CV F 06-0372 LJO-SMS<br><br>**ORDER ON PARTIES' REQUEST TO VACATE DATES** |

      The Court has received and reviewed the parties' Stipulation to Extend Deadlines. (Doc. 72.) The Court acknowledges the death of lead Counsel, Mr. Livaich, but notes that plaintiffs are represented by the law firm. Accordingly, the Court does not find good cause to vacate the dates in the Scheduling Order. The Court SETS a status conference for March 10, 2008 at 8:30 a.m. in Department 4. The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680.

IT IS SO ORDERED.

**Dated:   February 21, 2008**                         /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE