**LAW OFFICES**
**MORSE, BOLINGER & ASSOCIATES**
A Professional Corporation
2300 Contra Costa Blvd, Suite 285
Pleasant Hill, CA  94523
Phone: (925) 671-2200

**Michael S. Morse, SBN 164146**
**Attorney for Plaintiff in Intervention**
**Our File No. 259759/56**

UNITED STATE DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEVEN M. CARR, Trustee of the Bankruptcy Estate of PAUL and THELMA RENSBERGER, PAUL and THELMA RENSBERGER,<br>　　　　Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, ROSS F. CAROLL, INC., a California corporation, And K.W. EMERSON, INC.,<br>　　　　Defendant.<br>_____/<br><br>UNIGARD INSURANCE COMPANY<br>　　　　Plaintiff in Intervention,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, et al.,<br>　　　　Defendant in Intervention.<br>_____/ | 1:06CV-00372-LJO SMS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>STIPULATION FOR FILING OF COMPLAINT IN INTERVENTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24 (a)(b); ORDER |

**Stipulation**
**Case No. 1:06CV-00372-LJO　　　　　　-- 1 --**

1
2
3         TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
4  RECORD:
5         IT IS HEREBY STIPULATED AND AGREED by and between the
6  parties to the above-captioned action and by their respective
7  counsel, that plaintiff in intervention, UNIGARD INSURANCE COMPANY,
8  be allowed to file its complaint in intervention in this action
9  according to Federal Rules of Civil Procedure 24(a)(b).
10        The stipulation may be executed in counter parts and by
11 facsimile signature, each of which, when executed, shall be an
12 original and all of which together shall constitute one in the same
13 stipulation.
14        The stipulation contains the entire agreement among the
15 parties, the undersigned hereby consent to the terms set forth in
16 the foregoing stipulation.
17 DATED:  February 22, 2008  MORSE, BOLINGER & ASSOCIATES
18
                                   By **/S/ Michael S. Morse 2-22-2008**
19                                    MICHAEL S. MORSE
                                     Attorney for Plaintiff
20                                    In Intervention
                                     Unigard Insurance Company
21
22 DATED: 3-11-2008           MCCORMICK, BARSTOW, SHEPPARD
                                   WAYTE & CARRUTH
23
                                   By: **/S/ Shane M. Cahill 3-11-2008**
24                                    SHANE M. CAHILL
                                     Attorney for Defendant
25                                    K.W. Emerson, Inc.

**Stipulation**
**Case No.  1:06CV-00372-LJO**           -- 2 --

```
 1

 2

 3

 4

 5
   DATED: 3-11-2008            /S/ Benjamin E. Hall 3-11-2008
 6                            BENJAMIN E. HALL
                              Attorney for Defendant(s)
 7                            United States of America,
                              United States Forest Service
 8

 9
   DATED: 3-5-2008            WALKUP, MELODIA, KELLY
10

11

12                            By: /S/ Matthew David Davis 3-5-08
                                  MATTHEW DAVID DAVIS
13                                Attorney for Steven M. Carr
                                  Trustee of the Bankruptcy
14                                Estate of Paul and Thelma
                                  Rensberger, Paul and Thelma
15                                Rensberger

16

17

18

19

20
                                    ORDER
21
           IT IS SO ORDERED.
22
   Dated:   March 20, 2008              /s/ Lawrence J. O'Neill
23                                    UNITED STATES DISTRICT JUDGE

24

25
```