LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STEVEN M. CARR, Trustee of the Bankruptcy Estate of PAUL and THELMA RENSBERGER, PAUL and THELMA RENSBERGER,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, ROSS F. CAROLL, INC., a California corporation, and K.W. EMERSON, INC., et al.,<br><br>Defendants. | Case No. 1:06CV-00372-LJO<br><br>**[PROPOSED] ORDER AND STIPULATION RE SCHEDULING** |
| UNIGARD INSURANCE COMPANY,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, ROSS F. CAROLL, INC., a California Corporation, K.W. EMERSON, INC., and DOES ONE through TEN,<br><br>Defendants in Intervention. | Prayer:  $154,866.25 |

[PROPOSED] ORDER AND STIPULATION RE SCHEDULING  - CASE NO. 1:06CV-00372-LJO

The undersigned parties are scheduled to participate in a mediation before the Honorable Raul A. Ramirez, Federal District Court Judge (Retired) on September 4, 2008. This was the earliest available date for the parties and the mediator. All parties intend to participate in the mediation in good faith. The parties therefore believe that good cause exist to amend the scheduling conference as follows:

**1. Expert Witnesses**

Initial expert witness disclosures by any party shall be served no later than **September 26, 2008**. Supplemental expert witness disclosures by any party shall be served no later than **October 2, 2008**. Such disclosures must be made pursuant to F.R.Civ.P.26(a)(2)(A) and (B) and shall include all information required thereunder. In addition, F.R.Civ.P.26(b)(4) and F.R.Civ.P.26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions. Each expert witness must be fully prepared to be examined on all subjects and opinions included in the designations. Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness. In particular, this Court will enforce preclusion of testimony or other evidence for failure to strictly comply with F.R.Civ.P.26(e).

**2. Discovery Cutoffs**

All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **September 19, 2008**. All expert discovery and related motions shall be completed or heard no later than **October 16, 2008**.

All other dates as set forth in the Court's amended scheduling conference order, dated March 10, 2008, shall remain the same.

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

Dated: _____, 2008

/s/
Matthew D. Davis
Attorneys for Plaintiffs

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
[PROPOSED] ORDER AND STIPULATION RE SCHEDULING -

**UNITED STATES ATTORNEY**

Dated: _____, 2008     /s/_____
                                 Benjamin E. Hall, AUSA
                                 Attorneys for Defendant USA


**MCCORMICK, BARSTOW, SHPPARD, WAYTE & CARRUTH**

Dated: _____, 2008     /s/
                                 _____
                                 Gegory S. Mason
                                 Attorneys for Defendant Ross F. Carroll, Inc.


**MORSE, BOLINGER & ASSOCIATES**

Dated: _____, 2008     /s/_____
                                 Michael S. Morse
                                 Attorneys for Plaintiff In Intervention Unigard Insurance Company

It is so ordered.

Dated: July 25, 2008             /s/ Lawrence J. O'Neill_____
                                 Judge of the United States District Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
[PROPOSED] ORDER AND STIPULATION RE SCHEDULING  -