1  Gregory S. Mason, # 148997   (SPACE BELOW FOR FILING STAMP ONLY)
   Shane M. Cahill, # 227972
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300

6  Attorneys for Defendant
   K.W. EMERSON, INC., and ROSS F. CAROLL,
7  INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| PAUL and THELMA RENSBERGER, | Case No.  1:06-CV-00372-LJO-SMS |
| Plaintiffs, | **ORDER AND STIPULATION RE SCHEDULING; DECLARATION OF SHANE M. CAHILL** |
| v. | |
| THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, ROSS F. CAROLL, INC., a California corporation, and K.W. EMERSON, INC., et al., | |
| Defendants. | |
| UNIGARD INSURANCE COMPANY, | |
| Plaintiff in Intervention, | Prayer:    $154,866.25 |
| v. | |
| THE UNITED STATES OF AMERICA, THE UNITED STATES OF AMERICA'S FOREST SERVICE, ROSS F. CAROLL, INC., a California Corporation, K.W. EMERSON, INC., and DOES ONE through TEN, | |
| Defendants in Intervention. | |

COME NOW the parties to this action and submit the following Stipulation and proposed Order regarding scheduling of discovery in this case:

1268403.v1                                   1

[PROPOSED] ORDER & STIPULATION RE SCHEDULING 1:06-CV-00372-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com

## DECLARATION OF SHANE M. CAHILL

I, Shane M. Cahill, hereby declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California. I am an associate in the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, attorneys for Defendants ROSS F. CAROLL, INC., and K.W. EMERSON, INC. I have personal knowledge of the facts set forth herein and could and would testify to them competently if called to do so in a court of law. As to all other matters, I have conducted a diligent inquiry and can testify to such matters on information and belief.

2.      The parties in this matter were originally scheduled to participate in mediation on September 4, 2008, before the Honorable Raul A. Ramirez, Federal District Court Judge (Retired). In connection with scheduling that mediation, so as to minimize litigation costs and attorneys' fees, the parties agreed to continue discovery cutoff and expert designation dates by Stipulation and proposed Order, which the court executed on July 25, 2008.

3.      As the mediation date approached, Plaintiff's began to provide expert reports outlining the nature of some of Plaintiffs' claims. During this time period, Plaintiffs' counsel and defense counsel were operating under the belief that the insurance policy limits for Defendants ROSS F. CAROLL, INC., and K.W. EMERSON, INC., were $1 million each. Plaintiffs' early expert reports indicated that its economic losses would exceed this amount. However, Defendants ROSS F. CAROLL, INC., and K.W. EMERSON, INC., recently become aware of an excess insurance policy, and just two weeks before mediation, informed Plaintiffs' counsel of this excess coverage in the amount of $5 million. About a week before mediation, Plaintiffs presented a $4.85 million demand for global resolution of this matter. Having just discovered the excess policy and having just received the demand, Defendants ROSS F. CAROLL, INC., and K.W. EMERSON, INC., were not prepared to proceed to mediation on September 4, 2008. Specifically, the adjuster for Defendants insurer, Zurich Insurance Company, anticipated that it would take 3 to 4 weeks for Zurich Insurance to re-evaluate this claim based on the new insurance information and to prepare for mediation so that a good faith attempt could be made to resolve this matter.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1268403.v1

2

[PROPOSED] ORDER & STIPULATION RE SCHEDULING 1:06-CV-00372-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com

4.  What further complicated matters is that Plaintiff Paul Rensberger's extensive injury claims resulted in preparation of a 170 page report by Defendants' medical examiner, neurologist Harvey Edmonds, M.D., which, due to the amount of time it took to prepare, was only received about a week before mediation. This too delayed Zurich's ability to prepare for mediation as the report must be reviewed and evaluated for consideration of a settlement offer.

5.  Based on the foregoing, the parties have now agreed and stipulate to continue the mediation of this matter originally scheduled for Thursday, September 4, 2008, to Tuesday, October 7, 2008. The trial date in this matter is scheduled for January 26, 2009 and the parties have no reason to believe at this time that the trial of the matter will need to be delayed.

6.  I believe that the continuance of the discovery deadlines set forth in the stipulation below and of the mediation originally scheduled for September 4, 2008, is now necessary so that litigation costs can be kept to a minimum and the parties have an opportunity to engage in a meaningful mediation. Based on the stipulation of the parties, the mediation continuance is brief and would proceed on October 7, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on this 10 day of September, 2008 at Fresno, California.

                                                    **/s/ Shane M. Cahill**
                                                    Shane M. Cahill

## STIPULATION

Based on the foregoing and to allow for the opportunity to mediate without having to expend further attorneys' fees and costs in litigating this matter, the parties agree and hereby stipulate to continue mediation of this matter from September 4, 2008 to October 7, 2008 and to continue the following dates set forth in the March 10, 2008 scheduling conference order, which was amended by Stipulation and Order on July 25, 2008:

**1.**  **Expert Witnesses:**

Initial expert disclosures by any party shall be served no later than **October 27, 2008**.

PDF created with pdfFactory trial version www.pdffactory.com

1  Supplemental expert witness disclosures by any party shall be served no later than **November 3,**
2  **2008**. Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall
3  include all information required thereunder. In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26
4  (e) shall specifically apply to all discovery relating to expert witnesses and their opinions. Each
5  expert witness must be fully prepared to be examined on all subjects and opinions included in the
6  designations. Failure to comply with these requirements will result in the imposition of
7  appropriate sanctions, which may include the preclusion of testimony or other evidence offered
8  through the expert witness. In particular, this Court will enforce preclusion of testimony or other
9  evidence for failure to strictly comply with F.R.Civ.P. 26(e).

**2.   Discovery Cutoffs:**

All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **October 20, 2008**. All expert discovery and related motions shall be completed or heard no later than **November 17, 2008**.

All other dates set forth in the Court's amended scheduling conference order, dated March 10, 2008, shall remain the same.

The parties agree that this Stipulation may be signed in counterpart, and each counterpart shall be deemed an original, and all counterparts so executed shall constitute one Stipulation, and further, that faxed signatures shall be treated as originals.

It is so stipulated.

Dated: September 12, 2008                    McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP


                                             By:         /s/  Shane M. Cahill
                                                        Gregory S. Mason
                                                        Shane M. Cahill
                                                 Attorneys for Defendant
                                              K.W. EMERSON, INC., and ROSS F.
                                                       CAROLL, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1268403.v1                                    4

[PROPOSED] ORDER & STIPULATION RE SCHEDULING 1:06-CV-00372-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: September 12, 2008 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By: /s/ Matthew D. Davis
Matthew D. Davis
Khaldoun Baghdadi
Attorneys for Plaintiffs
PAUL RENSBERGER and THELMA RENSBERGER

| | |
|---|---|
| Dated: September 12, 2008 | UNITED STATES DISTRICT ATTORNEY |

By: /s/ Benjamin E. Hall
Benjamin E. Hall
Attorneys for Defendant
UNITED STATES OF AMERICA

| | |
|---|---|
| Dated: September 12, 2008 | MORSE, BOLINGER & ASSOCIATES |

By: /s/ Michael S. Morse
Michael S. Morse
Attorneys for Plaintiff in Intervention
UNIGARD INSURANCE

## ORDER OF THE COURT

It is so ORDERED.

Dated: 9/11/2008                    /s/ SANDRA M. SNYDER
                                    Magistrate Judge of the
                                    United States District Court

PDF created with pdfFactory trial version www.pdffactory.com