UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CARR, Trustee of the Bankruptcy Estate of PAUL and THELMA RENSBERGER,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA, et. al,<br><br>            Defendants.<br>_____/<br>AND RELATED COMPLAINT IN<br>INTERVENTION<br>_____/ | CASE NO. CV F 06-0372 LJO SMS<br><br>**ORDER AFTER SETTLEMENT** |

The parties have filed a Notice of Settlement indicating that settlement of all the claims between all the parties, including the complaint in intervention, has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than January 12, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the pretrial conference date of December 4, 2008 and the trial date of January 26, 2009.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   November 14, 2008**               /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE